# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M.W., | Case No. 2:22-cv-07431-GW-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Social Security Commissioner's decision is **AFFIRMED** and the case is **DISMISSED** without prejudice.

DATED: August 28, 2023   _____
HONORABLE GEORGE H. WU
United States District Judge